UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:25-cr-10215-RGS |
| | ) | |
| SANTOS EDUARDO DIAZ MELO, | ) | |
| | ) | |
| Defendant. | ) | |

**GOVERNMENT'S SUPPLEMENTAL STATUS CONFERENCE MEMORANDUM**

The government in the above-captioned matter submits this status report pursuant to the entry at Dkt. 19.

1. The government understands from information provided by U.S. Immigration and Customs Enforcement ("ICE") that the defendant was removed from the United States on August 19, 2025.

2. In light of the above information, the government intends to file a notice of dismissal of the indictment.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: /s/ Allegra Flamm
ALLEGRA K. FLAMM
Assistant U.S. Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
Allegra.flamm@usdoj.gov

Dated: August 21, 2025

CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ *Allegra K. Flamm*
Allegra K. Flamm
Assistant United States Attorney

Dated: August 21, 2025